## WAGGONER v. MOUNTS *et al.*

No. 3779.   Opinion Filed July 28, 1914.

Rehearing Denied October 20, 1914.

*Error from District Court, Tillman County;*

*Frank Mathews, Judge.*

Action between W. T. Waggoner and J. H. Mounts and W. A. Stinson, a copartnership.   From the judgment of the court Waggoner brings error.   Dismissed.

*R. E. Weathers* and *Stevens & Myers,* for plaintiff in error.

*Mounts & Davis* and *Gray & McVay,* for defendants in error.

Opinion by BREWER, C.   This case was tried on October 9, 1911, and the jury returned a verdict in favor of the defendants in error.   A motion for new trial was promptly filed and overruled by the court on October 12, 1911.   A case-made was prepared and served December 9, 1911.   An order of court extending the time for making and serving a case-made 60 days, shows on its face that it was filed January 24, 1911, which is the date the case-made was settled and signed by the trial judge.

Upon the date of the submission of this case for decision, July 17, 1914, the defendants in error filed a motion to dismiss the same for the following reason:

"Because this is an attempted appeal by petition in error and case-made and the purported case-made was not served within three days after the overruling of motion for a new trial, and the order extending time to make and serve a case-made, was not itself filed in the district court until after the time therein granted and extended, had expired; and the same was not a part of the case-made when served."

We have examined the condition of the record and believe the point well taken on the authority of *Nelson v. Pittsburgh Mortgage Inv. Co.,* 43 Okla. 208, 141 Pac. 1197.   That case was in the identical situation of this one, and therein Chief Justice Kane, speaking for the court, said·

· "The order extending time to make, serve and file a case-made was not itself filed in the district court until the time therein ·granted and extended had expired; and the same was not a part of the case-made when served."

Counsel also cite the following cases which are more or less in point: *Springfield F. & M. Ins. Co. v. Gish, Brook & Co.*, 23 Okla. 824, 102 Pac. 708; *Ellis v. Carr*, 25 Okla. 874, 103 Pac. 1101; *Casner v. Smith*, 28 Okla. 303, 114 Pac. 255; *Fife v. Cornelous*, 35 Okla. 403, 124 Pac. 957.

The cause should be dismissed.

By the Court: It is so ordered.